IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WENDELL BROCK BENNINGS                                                                                    PLAINTIFF

v.                                                  Case No. 6:23-cv-06028

CHIEF DEPUTY STEVEN ELROD,
CAPTAIN JOEL WARE, CAPTAIN BELINDA
COSGROVE, LIEUTENANT CHRIS MCFEE,
LIEUTENANT AARON MANN, CORPORAL
JIMMY CALDWELL, CORPORAL ANDREW
WELLS, CORPORAL DAVID WILL CUTT,
SERGEANT ROBERT HUFFMAN, SERGEANT
NATHAN BURGETT, HOUSING DEPUTY
WILLIAM COUTCH, JOHN DOE 1-15,
LIEUTENANT BRAINSTETTER, DEPUTY
MASON, PATRICIA SOWELL, SGT. KOREEN
GATES, ROBIN WHITE, DEPUTY DUNN,
NURSE CHRISTINE WATSON (formerly known as
John Doe)                                                                                                 DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 44. Judge Bryant recommends that Plaintiff's Amended Complaint (ECF No. 12) be dismissed without prejudice for failure to comply with the Court's Local Rules and Orders and failure to prosecute this case.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 44) *in toto*. Plaintiff's Amended Complaint (ECF No. 12) is hereby **DISMISSED WITHOUT PREJUDICE**. Accordingly, Plaintiff's Motion for Temporary Restraining Order (ECF No. 8) is **DENIED as MOOT**.

**IT IS SO ORDERED**, this 19th day of December, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge